# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY'S FEES IN A CIVIL CASE

_____

**MARIE A. SHELTRAY**

**Plaintiff**

vs.                                    **CASE NUMBER: 7:11-CV-480**
                                                     **(NAM/RFT)**

**COMMISSIONER OF SOCIAL SECURITY**

**Defendant**

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Consent Order entered in this action, the decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g). This action is DISMISSED in accord with the decision in Melkonyan v. Sullivan, 111 S. Ct. 2157 (1991).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Consent Order for payment of fees entered in this action  plaintiff be allowed an Equal Access to Justice Act fee award in the amount of $4,000.00 in attorney's fees and $350.00 in costs. Fees are payable to plaintiff, but if plaintiff does not owe a debt subject to offset under the Treasury Offset Program, they are payable to the attorney.

All of the above pursuant to the Consent Orders of the Honorable United States District Judge Norman A. Mordue, dated the 15th day of November, 2011 and the 31st day of January, 2012.

DATED: January 30, 2012

Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk